UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRETT JUSTON FADDEN,<br><br>    Petitioner,<br><br>    v.<br><br>PAT L. VASQUEZ, Warden,<br><br>    Respondent. | No. 1:17-cv-00398-AWI-SKO HC<br><br>**ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS**<br><br>**(Doc. 14)** |

On June 23, 2017, Respondent filed a motion to dismiss in which he referred to several lodged documents. Respondent never lodged any documents with the Clerk of Court, however,

Accordingly, Respondent is hereby DIRECTED to lodge with the Clerk of Court, within thirty (30) days of this order, the documents to which he refers in his motion to dismiss the above-captioned action.

IT IS SO ORDERED.

Dated: **July 31, 2017**          /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE